August 8, 2017



# JUDGMENT

# The Fourteenth Court of Appeals

HENRY RICHARD BULLOCK, JR., Appellant

NO. 14-14-00304-CR          V.

THE STATE OF TEXAS, Appellee

_____

       This cause was heard on the transcript of the record of the court below. The record reveals error in the judgment. The Court orders the judgment **REVERSED** and **REMANDED** for further proceedings in accordance with its opinion.

       We further order this decision certified below for observance.